

KEN PAXTON
ATTORNEY GENERAL OF TEXAS

ACCEPTED
15-25-00082-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/22/2025 12:30 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/22/2025 12:30:23 PM
May 22, 2025
CHRISTOPHER A. PRINE
Clerk

*Via Electronic Filing*

Mr. Christopher Pine, Clerk of the Court
15th Court of Appeals
P.O. Box 12852
Austin, Texas 78711

   Re:  15-25-00082; *State of Texas v. Arity 875, LLC.*
      In the Fifteenth Court of Appeals – Austin, Texas

Dear Mr. Pine,

  We write with an update about the clerk's record and some readability issues. Earlier this month, Appellant, the State of Texas, noticed there were readability issues with the original clerk's record filed with this Court. The district clerk's office revised its compilation and uploaded an improved version on May 14, 2025.

  Notwithstanding the best efforts of the district clerk's office, readability issues remain. [1] We also note that this readability issue appears when the district clerk's software combines the record; the individual case filings at the district clerk are fine.

  We seek to consult with the Court to obtain any suggestions the Court may have to ensure the Court has a legible and readable record available.

  One additional issue remains as well. The two clerk's records on file are not sequentially numbered, resulting in two records with identical page numbers. We would appreciate any suggestions the Court may have to resolve that situation as well.

  Thank you.

        Very respectfully,

        */s/ Richard Berlin*
        RICHARD BERLIN
        Assistant Attorney General
        Consumer Protection Division
        Office of the Attorney General

---

[1] *See e.g.,* C.R. Amended Vol. 1 324-329.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carlos Fernandez on behalf of Richard Berlin
Bar No. 24055161
carlos.fernandez@oag.texas.gov
Envelope ID: 101159671
Filing Code Description: Letter
Filing Description: 20250522 Letter to the Court
Status as of 5/22/2025 1:18 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rick Berlin | | Rick.Berlin@oag.texas.gov | 5/22/2025 12:30:23 PM | SENT |
| Daniel Zwart | | Daniel.Zwart@oag.texas.gov | 5/22/2025 12:30:23 PM | SENT |
| Kaylie Buettner | | Kaylie.Buettner@oag.texas.gov | 5/22/2025 12:30:23 PM | SENT |
| Zoann Willis | | zoann.willis@oag.texas.gov | 5/22/2025 12:30:23 PM | SENT |
| Meredith Spillane | | Meredith.Spillane@oag.texas.gov | 5/22/2025 12:30:23 PM | SENT |
| Zeilic Contreras | | Zeilic.Contreras@oag.texas.gov | 5/22/2025 12:30:23 PM | SENT |
| Carlos Fernandez | | Carlos.Fernandez@oag.texas.gov | 5/22/2025 12:30:23 PM | SENT |
| Madeline Fogel | | madeline.fogel@oag.texas.gov | 5/22/2025 12:30:23 PM | SENT |
| Richard RMcCutcheon | | richard.mccutcheon@oag.texas.gov | 5/22/2025 12:30:23 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| W. Reid Wittliff | | reid@wittliffcutter.com | 5/22/2025 12:30:23 PM | SENT |
| Jake Sommer | | jake@zwillgen.com | 5/22/2025 12:30:23 PM | SENT |
| Kelsey Harclerode | | kelsey@zwillgen.com | 5/22/2025 12:30:23 PM | SENT |
| Sudhir V. Rao | | sudhir.rao@zwillgen.com | 5/22/2025 12:30:23 PM | SENT |